UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| OLYMPIC WIRE & EQUIPMENT, INC | |
|---|---|
| Plaintiff, | |
| v. | |
| UNITED STATES, Defendant. | |

S U M M O N S

Court No. 25-00062

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | New York/Newark etc. | Center (if known): | CEE005 |
|---|---|---|---|
| Protest Number: | 460124137655 etc. | Date Protest Filed: | 8/13/2024 etc. |
| Importer: | Olympic Wire & Equipment, Inc. | Date Protest Denied: | 10/07/2024 |
| Category of Merchandise: | coated wire | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| G5104749504 | 12/06/2021 | 3/08/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Kayla Owens, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP
445 S. Figueroa St. Suite 2388 LA CA 90071
(213)630-8888 kowens@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| coated wire | 7217.10.5090 (9903.80.01) | Free 25% | 7217.90.5030 not subject to 232 duties | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
The coated wire is properly classified under 7217.90.5030 free of duty and not subject to 232 duties.

The issue which was common to all such denied protests:
Whether the wire is coated or not.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Kayla Owens
*Signature of Plaintiff's Attorney*

April 4, 2025
*Date*

## SCHEDULE OF PROTESTS

CEE005
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 460124137655 | 8/13/2024 | 10/07/2024 | G5104749504 | 12/06/2021 | 03/08/2024 | 4601 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104734936 | 10/17/2021 | 03/08/2024 | 2809 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104736576 | 10/24/2021 | 03/08/2024 | 2809 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104739604 | 11/08/2021 | 03/08/2024 | 2704 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104740412 | 11/02/2021 | 03/08/2024 | 2809 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104744257 | 11/19/2021 | 03/08/2024 | 2704 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104748555 | 12/04/2021 | 03/08/2024 | 2809 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104750635 | 12/09/2021 | 03/08/2024 | 2809 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104751203 | 12/22/2021 | 03/08/2024 | 2809 |
| 270424170912 | 8/29/2024 | 10/22/2024 | G5104751534 | 12/13/2021 | 03/08/2024 | 2809 |
| 270424170913 | 8/29/2024 | 10/22/2024 | CDA21039399 | 10/14/2021 | 03/08/2024 | 2704 |
| 270424170913 | 8/29/2024 | 10/22/2024 | CDA21045792 | 12/17/2021 | 03/08/2024 | 2704 |
| 270424170913 | 8/29/2024 | 10/22/2024 | CDA21046899 | 11/16/2021 | 03/08/2024 | 2704 |
| 270424170913 | 8/29/2024 | 10/22/2024 | CDA21049174 | 12/01/2021 | 03/08/2024 | 2704 |
| 270424170913 | 8/29/2024 | 10/22/2024 | G5104743044 | 11/15/2021 | 03/08/2024 | 2704 |
| 270424170913 | 8/29/2024 | 10/22/2024 | G5104749892 | 12/10/2021 | 03/08/2024 | 2704 |
| 270424170913 | 8/29/2024 | 10/22/2024 | G5104751377 | 12/12/2021 | 03/08/2024 | 2704 |
| 270424170913 | 8/29/2024 | 10/22/2024 | G5104753696 | 12/22/2021 | 03/08/2024 | 3002 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS

CEE005
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104730462 | 10/15/2021 | 03/08/2024 | 2704 |
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104731304 | 10/06/2021 | 03/08/2024 | 2704 |
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104734365 | 10/12/2021 | 03/08/2024 | 2704 |
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104734464 | 10/17/2021 | 03/08/2024 | 2809 |
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104734878 | 10/17/2021 | 03/08/2024 | 2809 |
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104743697 | 11/13/2021 | 03/08/2024 | 2809 |
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104745783 | 11/29/2021 | 03/08/2024 | 2809 |
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104749413 | 12/07/2021 | 03/08/2024 | 3002 |
| 300224104532 | 8/29/2024 | 10/22/2024 | G5104751369 | 12/17/2021 | 03/08/2024 | 3002 |
| 270424171126 | 9/26/2024 | 10/22/2024 | G5104699121 | 06/26/2021 | 04/12/2024 | 2704 |
| 270424171126 | 9/26/2024 | 10/22/2024 | G5104706298 | 07/28/2021 | 04/12/2024 | 2704 |
| 270424171126 | 9/26/2024 | 10/22/2024 | G5104722592 | 09/07/2021 | 04/12/2024 | 2704 |
| 270424171126 | 9/26/2024 | 10/22/2024 | G5104722626 | 09/07/2021 | 04/12/2024 | 2704 |
| 270424171126 | 9/26/2024 | 10/22/2024 | G5104753571 | 12/28/2021 | 04/12/2024 | 2704 |
| 270424171126 | 9/26/2024 | 10/22/2024 | G5104767472 | 02/10/2021 | 04/12/2024 | 2704 |
| 270424171126 | 9/26/2024 | 10/22/2024 | G5104771094 | 02/23/2021 | 04/12/2024 | 2704 |
| 270424171126 | 9/26/2024 | 10/22/2024 | G5104774635 | 03/04/2021 | 04/12/2024 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS

CEE005
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270424171127 | 09/26/2024 | 10/22/2024 | G5104711272 | 08/04/2021 | 04/12/2024 | 2809 |
| 270424171127 | 09/26/2024 | 10/22/2024 | G5104718657 | 08/24/2021 | 04/12/2024 | 2809 |
| 270424171127 | 09/26/2024 | 10/22/2024 | G5104720901 | 09/07/2021 | 04/12/2024 | 2809 |
| 270424171127 | 09/26/2024 | 10/22/2024 | G5104760287 | 02/03/2022 | 04/12/2024 | 2809 |
| 270424171127 | 09/26/2024 | 10/22/2024 | G5104769221 | 02/27/2022 | 04/12/2024 | 2809 |
| 270424171127 | 09/26/2024 | 10/22/2024 | G5104775491 | 03/10/2022 | 04/12/2024 | 2704 |
| 270424171127 | 09/26/2024 | 10/22/2024 | G5104780251 | 03/27/2022 | 04/12/2024 | 2704 |
| 300224104543 | 09/26/2024 | 10/22/2024 | G5104698453 | 06/25/2021 | 04/12/2024 | 3002 |
| 300224104543 | 09/26/2024 | 10/22/2024 | G5104698776 | 06/27/2021 | 04/12/2024 | 3002 |
| 300224104543 | 09/26/2024 | 10/22/2024 | G5104710167 | 07/29/2021 | 04/12/2024 | 3002 |
| 300224104543 | 09/26/2024 | 10/22/2024 | G5104759644 | 01/24/2022 | 04/12/2024 | 4601 |
| 300224104543 | 09/26/2024 | 10/22/2024 | G5104761996 | 01/30/2022 | 04/12/2024 | 4601 |
| 300224104543 | 09/26/2024 | 10/22/2024 | G5104764735 | 01/30/2022 | 04/12/2024 | 3002 |
| 300224104543 | 09/26/2024 | 10/22/2024 | G5104772118 | 03/01/2022 | 04/12/2024 | 4601 |
| 300224104543 | 09/26/2024 | 10/22/2024 | G5104775046 | 03/07/2022 | 04/12/2024 | 3002 |
| 270424171203 | 10/14/2024 | 10/22/2024 | CDA21026396 | 07/06/2021 | 04/19/2024 | 2809 |
| 270424171203 | 10/14/2024 | 10/22/2024 | CDA21027816 | 07/06/2021 | 04/19/2024 | 2809 |
| 270424171203 | 10/14/2024 | 10/22/2024 | CDA21030752 | 08/03/2021 | 05/24/2024 | 2809 |
| 270424171203 | 10/14/2024 | 10/22/2024 | CDA21030851 | 06/27/2021 | 04/19/2024 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)